922

No. 967. SING ET AL. v. WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied. *A. K. Black* for petitioners.

No. 972. BURKE v. ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *John W. Goodson* for petitioner.

No. 976. WEEKS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *George H. Searle* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.

No. 977. MITSUBISHI INTERNATIONAL CORP. v. THE PALMETTO STATE ET AL. C. A. 2d Cir. Certiorari denied. *F. Herbert Prem* for petitioner. *Richard H. Sommer* and *L. de Grove Potter* for respondents.

No. 995. WILSON ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Benedict Krieger* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *Carolyn R. Just* for respondent.

No. 960. LUCAS v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. Supreme Court of Wisconsin. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. *Charles Saggio* for petitioner. *Charles C. Collins* for respondents.